IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KELLY D. PACE,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

       Defendant.

Civ. No. 09-6226-CL

**JUDGMENT**

**PANNER, District Judge:**

    This matter is before the court on plaintiff's motion for entry of judgment (docket #19). The case was remanded to the Commissioner of Social Security for further proceedings consistent with the August 26, 2010 judgment. (Docket #18). Plaintiff's motion is granted. The clerk is directed to enter judgment for the plaintiff pursuant to sentence four of 42 U.S.C. § 405(g).

    IT IS SO ORDERED.

    DATED this ___ day of November, 2011.

                                    OWEN M. PANNER
                                    U.S. DISTRICT JUDGE

1 - ORDER